UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Yesica P. Delvalle<br><br><br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 20-14252-AMC |

CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 8th day of November, 2023 by first class mail upon those listed below:

Yesica P. Delvalle
2114 E. Clearfield Street
Philadelphia, PA  19134

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

                                                                        */s/ Kristen Gliem*
                                                                        Kristen Gliem
                                                                        for
                                                                       Scott F. Waterman, Esq.
                                                                       Standing Chapter 13 Trustee